# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DeANDRE KENQUIZE MADDOX, Fed. Reg. No. 60549-019, | : : : | MOTION TO VACATE 28 U.S.C. § 2255 |
| Movant, | : : | CRIMINAL ACTION NO. 1:08-CR-444-RWS-CCH |
| v. | : : | CIVIL ACTION NO. |
| UNITED STATES OF AMERICA, Respondent. | : : | 1:11-CV-3114-RWS-CCH |

## ORDER AND OPINION

This case is before the Court for consideration of the Final Report and Recommendation of Magistrate Judge C. Christopher Hagy [44]. After reviewing the record, the Court enters the following Order.

The Report and Recommendation [44] is received with approval and adopted as the Opinion and Order of this Court. Accordingly, the instant § 2255 motion to vacate [42] is **DISMISSED** as successive. A certificate of appealability is hereby **DENIED**.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE